HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
REBECCA GENONI
Certified Student Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
TEL: 916-498-5700  FAX: 916-498-5710

Attorneys for Defendant
ERIC A. HAMSTAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC A. HAMSTAD<br><br>Defendant. | CASE NO. 2:18-PO-175-CKD<br><br>STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE<br><br>DATE: December 13, 2018<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC CHANG, and Assistant Federal Defender LINDA C. ALLISON attorney for ERIC A. HAMSTAD, that the Court continue the initial appearance from December 13, 2018 to May 16, 2019 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial, counsel needs additional time to review discovery and discuss the plea negotiations with her client, to conduct a further investigation and discuss plea negotiations with the government.

/ / /

/ / /

/ / /

1

Mr. Hamstad is charged with 36 C.F.R. § 1.218(b)(11) – Disorderly Conduct, a Class B Misdemeanor. He is currently enrolled in the VA Palo Alto Healthcare System in a one-step, 90 day residential treatment program. Once Mr. Hamstad completes this program, he will go into an HVRP residential program. Allowing additional time to resolve this matter at the initial appearance would benefit the defendant because he will be obtaining the treatment he needs, and will only have to obtain the necessary transportation once.

Accordingly, the parties jointly request that a new initial appearance date be set for May 16, 2019 at 9:30 a.m.

DATED: December 10, 2018

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ Linda Allison
LINDA ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
ERIC A. HAMSTAD

Dated: December 10, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Linda C. Allison for
ERIC CHANG
Special Assistant United States Attorney

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. It is further ordered that the initial appearance on December 13, 2018 shall be vacated and set for May 16, 2019 at 9:30 a.m.

Dated: December 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE